UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Prestidge,<br><br>Plaintiff,<br><br>v.<br><br>County of Wright,<br><br>Defendant. | Case No. 20-cv-2303 (WMW/TNL)<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice, (Dkt. 11), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 16, 2021                                s/Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                                United States District Judge