# UNITED STATES DISTRICT COURT
## District of Minnesota

John Prestidge

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-02303-WMW-TNL

County of Wright

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 6/17/2021

KATE M. FOGARTY, CLERK